UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LORENZO SMITH, SR.,

    Plaintiff,

vs.

BANK OF AMERICA, *et al*.,

    Defendants.

Case No. 3:16-cv-391

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #12) is **ADOPTED** in full;

2. *Pro se* Plaintiff's complaint is **DISMISSED**; and

3. This case is **CLOSED** on the Court's docket.

**IT IS SO ORDERED.**

Date: April 21, 2017

\*s/Thomas M. Rose
Thomas M. Rose
United States District Judge